The People of the State of New York ex rel. John L. Feeney, Appellant, *v.* The Board of Canvassers of Richmond County and George Cromwell, Respondent.

The People of the State of New York ex rel. George Cromwell, Respondent, *v.* The Board of Canvassers of Richmond County and John L. Feeney, Appellant.

(Submitted June 6, 1898; decided June 14, 1898.)

Motion for reargument denied, with ten dollars costs. (See 156 N. Y. 36.)

---

Louis H. Allen, Respondent, *v.* John C. Matthai et al., Appellants.

(Submitted June 6, 1898; decided June 14, 1898.)

Motion for reargument denied, with ten dollars costs. (See 156 N. Y. 657.)